United States Court of Appeals
Fifth Circuit

**F I L E D**

September 30, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40576
Conference Calendar

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

ANTONIO RAMOS-LUCAS

                    Defendant - Appellant

                    ---------------------
          Appeal from the United States District Court
               for the Southern District of Texas
                    USDC No. 1:04-CR-58-ALL
                    ---------------------

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     This court affirmed the judgment of conviction and sentence

of Antonio Ramos-Lucas ("Ramos"). Unites States v. Ramos-Lucas,

No. 04-40576 (5th Cir. Jan. 12, 2005) (unpublished). The Supreme

Court vacated and remanded for further consideration in light of

United States v. Booker, 125 S. Ct. 738 (2005). See De La Cruz-

Gonzalez v. United States, 125 S. Ct. 1995 (2005). We requested

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and received supplemental letter briefs addressing the impact of Booker.

Ramos argues that the district court sentenced him under a mandatory application of the United States Sentencing Guidelines now prohibited by Booker. However, he identifies "no evidence in the record suggesting that the district court would have imposed a lesser sentence under an advisory guidelines system." United States v. Taylor, 409 F.3d 675, 677 (5th Cir. 2005).

Ramos concedes that he cannot make the necessary showing of plain error that is required by our precedent. Furthermore, he correctly acknowledges that this court has rejected the argument that a Booker error is a structural error or that such error is presumed to be prejudicial. See United States v. Mares, 402 F.3d 511, 520-22 (5th Cir. 2005), petition for cert. filed (Mar. 31, 2005) (No. 04-9517); see also United States v. Malveaux, 411 F.3d 558, 561 n.9 (5th Cir. 2005), petition for cert. filed (July 11, 2005) (No. 05-5297). He desires to preserve this argument for further review.

Because nothing in the Supreme Court's Booker decision requires us to change our prior affirmance in this case, we therefore reinstate our judgment affirming Ramos's conviction and sentence.

AFFIRMED.